

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY | CIVIL ACTION |
| VERSUS | NUMBER: 2:03cv517 |
| BURLINGTON NORTHERN RAILROAD COMPANY, ET AL. | JUDGE KURT ENGELHARDT<br>MAGISTRATE JUDGE CHASEZ<br>E.D.L.A. |

### ORDER

Due to the closure of the courthouse as a result of Hurricane Katrina and its aftermath, hearings on motions and settlement, status, and/or discovery conferences that were scheduled during the months of September and October did not go forward. In an effort to deal with those previously-scheduled matters, the Court hereby establishes the following procedures:

Counsel for the moving party (or the party if unrepresented by counsel) is to re-notice any previously-filed motion for hearing before the undersigned on one of the Court's regularly scheduled

1

hearing dates. Those dates can be obtained at www.laed.uscourt.gov or by calling 504-589-7610. As for any previously-scheduled settlement, status, and/or discovery conferences, counsel (or the party) who previously requested the conference is to contact the undersigned's office at 504-589-7610 to select a new date for the conference, with settlement conferences to be scheduled to be held approximately two (2) weeks prior to the final pre-trial conference in any given case.

New Orleans, Louisiana, this 4th day of November, 2005.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE