

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 14, 2005

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY | CIVIL ACTION |
| VERSUS | NUMBER: 2:03cv517 |
| BURLINGTON NORTHERN RAILROAD COMPANY, ET AL. | JUDGE KURT ENGELHARDT MAGISTRATE JUDGE CHASEZ E.D.L.A. |

### HEARING ON MOTION

APPEARANCES:   Bill Spencer, Jr., Lee Durett, Richard Follis

MOTION:

(1) Defendant's Motion for Leave of Court to File Amended Answer and Defenses (Rec. doc. 34).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR:   00:18

\_\_ Fee\_\_\_\_
\_X\_ Process\_\_\_\_
\_\_ Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1__ : Other. Plaintiff may respond to defendant's rebuttal memorandum within two (2) weeks, following which the motion will be taken under submission.

*signature*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE