

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

NORFOLK SOUTHERN RAILWAY COMPANY        CIVIL ACTION

VERSUS                                  NO. 2:03-00516 c/w 2:03-517

THE BURLINGTON NORTHERN                 JUDGE KURT ENGELHARDT
AND SANTA FE RAILWAY CO., ET AL.        SECTION "N" (3)
                                        EASTERN DISTRICT OF LOUISIANA

## ORDER

The Court is not aware that it has ever received a courtesy copy of the second motion to dismiss filed by U.S. Pipeline (Rec. Doc. Nos. 32 & 33) or Plaintiff's response thereto (Rec. Doc. No. 36 & 37). The Court has received the reply documents filed by U.S. Pipeline (Rec. Doc. No. 38 & 39). Accordingly, the party responsible for filing record document numbers 32, 33, 36 and 37 is to promptly forward a courtesy copy of the documents filed by it to the undersigned's chambers in New Orleans.

New Orleans, Louisiana, this 5th day of January, 2006.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1